1  NIELS PEARSON (SBN 1061)
   SELMAN BREITMAN LLP
2  6900 Westcliff Drive, Suite 800
   Las Vegas, NV 89145
3  Telephone:  (702) 228-7717
   Facsimile:  (702) 228-8824
4
   MARIANNE C. LANUTI
5  Nevada Bar No: 007784
   194 Inveraray Crt.
6  Henderson, Nevada 89074

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOHN DOE and JANE DOE, on behalf of themselves and as Guardians ad LItem for their minor child, PRESCHOOLER, | CASE NO.  CV-S-03-1500-LRH-RJJ |
|---|---|
| Plaintiffs, | |
| v. | ORDER TO **EXTEND TIME TO FILE ADMINISTRATIVE BRIEFS** |
| CLARK COUNTY BOARD OF EDUCATION; CLARK COUTNY SCHOOL DISTRICT; CARLOS ARTURO GARCIA, in his individual and official capacity; CHARLENE A. GREEN, in her individual and official capacity; MICHAEL S. HARLEY, in his individual and official capacity, KAY DAVIS, in her individual and official capacity; PEGGIE CRAVISH, in her individual and official capacity; DARRYL WYATT in his individual and official capacity; KATHLEEN LISANTI, in her individual and official capacity; and DOES 1 to 10, inclusive,, | (FIRST REQUEST) |
| Defendants. | |

1

## STIPULATION TO EXTEND TIME TO FILE ADMINISTRATIVE BRIEFS

The above-captioned parties, by and through their respective counsel of record and pursuant to LR 6-1 and LR 26-4, do hereby stipulate and request this Court to extend the deadline for service and filing with the Court of Administrative Appeal Briefs set forth in this Court's Order entered September 7, 2006, was briefs due thirty (30) days thereafter for Plaintiffs and forty-five (45) days thereafter. The parties request an additional sixty (60) days for Plaintiffs and seventy-five (75) days for Defendants.

This stipulation is entered into on the following basis, and for good cause, and is the first request for extension:

Co-counsel for the Plaintiffs, Marianne Lanuti, Esq. is the person most knowledgeable concerning the administrative record and the pursuit of the administrative appeal, as the sole counsel of record involved in the administrative hearing on behalf of the Plaintiffs and is therefore an essential legal resource in drafting the court-ordered brief on Defendant's Administrative Judicial Review.

Marianne Lanuti's husband has terminal cancer, and is in the final stages of his life. Marianne Lanuti, for the past three (3) months has not been engaged in the practice of law, and seeks an extension for sixty (60) days both to care for her husband and their minor children. The defendants have consented to this request for a sixty (60) day continuance with Defendant's brief due fifteen (15) days thereafter, based on Ms. Lanuti's unavailability due to the husband's terminal illness.

///
///
///
///
///
///
///

1  WHEREFORE, the parties respectfully request that this Court allow a sixty (60) day and
2  seventy-five (75) day extension of the current deadlines for the filing of the briefing on the
3  administrative appeal briefs to and including December 7, 2006 for Plaintiff's brief and December
4  22, 2006 for Defendant's brief.

5  DATED: October 3, 2006        SELMAN BREITMAN LLP

6  By: _____
7  NIELS PEARSON (SBN 1061)
   6900 WESTCLIFF DRIVE, SUITE 800
   LAS VEGAS, NEVADA 89145

   MARIANNE C. LANUTI
   Nevada Bar No: 007784
   194 Inveraray Crt.
   Henderson, Nevada 89074

   Attorneys for Plaintiffs/Appellants

DATED: October 5, 2006        KUMMER KAEMPFER BONNER RENSHAW &
                              FERRARIO

By: _____
MARK FERRARIO (NVBN 1625)
TAMI D. COWDEN (NVBN 8994)
3800 HOWARD HUGHES PKWY, 7TH FLOOR
LAS VEGAS, NV 89109
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED:

Dated:  October 5, 2006

_____
UNITED STATES DISTRICT COURT JUDGE