1  Mark E. Ferrario, Esq. (NVBN 1625)
   Tami D. Cowden, Esq. (NVBN 8994)
2  KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
   3800 Howard Hughes Parkway, Seventh Floor
3  Las Vegas, Nevada  89109
   Telephone:  (702) 792-7000
4  Facsimile:    (702) 796-7181

5  Attorneys for Defendants
   CLARK COUNTY SCHOOL BOARD OF TRUSTEES,
6  CLARK COUNTY SCHOOL DISTRICT, CARLOS ARTURO
   GARCIA, CHARLENE A. GREEN, MICHAEL S. HARLEY,
7  KAY DAVIS, DARRYL WYATT and KATHLEEN LISANTI

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11  JOHN DOE AND JANE DOE, on behalf of
    themselves and as Guardians ad Litem for their     Case No.:      CV-S-03-1500-LRH-RJJ
    minor child, PRESCHOOLER,
12
                  Plaintiffs,
13
    v.
14
                                                      **STIPULATION TO EXTEND DEADLINE
    CLARK COUNTY BOARD OF                              TO FILE OPPOSITION TO
15  EDUCATION; CLARK COUNTY SCHOOL                     PLAINTIFFS' REPLY TO ORDER
    DISTRICT, CARLOS ARTURO GARCIA, in                 DATED SEPTEMBER 7, 2006**
16  his individual and official capacity; et al.,
                                                              **(First Request)**
17                Defendants.

18

19       The above-captioned parties, by and through their respective counsel of record and

20  pursuant to LR 26-4, do hereby stipulate and request this Court to extend the deadline for service

21  of the Defendants' dispositive motions in this matter for a period of eleven (11) days, up to and

22  including January 2, 2007.  This stipulation is entered into with good cause showing, due to

23  Defendants' counsel required attention to expedited proceedings in two state court litigation

24   matters.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada  89109

191626v1  13009.2

Page 1 of 2

**D.    Proposed Revised Schedule.**

Response to Plaintiffs' Reply to Order Dated September 7, 2006 Deadline:

January 2, 2007.

WHEREFORE, the parties respectfully request that this Court allow for an eleven day extension of the current deadline Defendants' Response, up to and including January 13, 2007.

DATED: December 21, 2006                             DATED: December 21, 2006

**PEARSON, FOLEY & KURTZ, P.C.**                    **KUMMER KAEMPFER BONNER RENSHAW & FERRARIO**

By: */s/ Niels L. Pearson*                            By: */s/ Tami D. Cowden*
     *(Permission Granted to Electronically Sign)*         *(Permission Granted to Electronically Sign)*
Niels L. Pearson (NVBN 1061)                          Mark E. Ferrario (NVBN 1625)
Bank of America West                                  Tami D. Cowden (NVBN 8994)
6900 Westcliff Drive, Suite 800                       3800 Howard Hughes Pkwy., 7th Floor
Las Vegas, Nevada 89145                               Las Vegas, Nevada 89109
**Attorneys for Plaintiffs**                          **Attorneys for Defendants**

**THE LAW OFFICE OF MARIANNE C. LANUTI**

Marianne C. Lanuti (NVBN 7784)
194 Inveraray Court
Henderson, Nevada 89074
**Attorneys for Plaintiffs**

## ORDER

IT IS SO ORDERED.

DATED this 28th day of December, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE