1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOHN DOE and JANE DOE, on behalf of themselves and as Guardians ad Litem for their minor child, PRESCHOOLER, | CASE NO.   CV-S-03-1500-LRH-RJJ |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER REGARDING EXTENSION TO FILE OPPOSITION TO COUNTERCLAIM** |
| CLARK COUNTY BOARD OF EDUCATION; CLARK COUNTY SCHOOL DISTRICT; CARLOS ARTURO GARCIA, in his individual and official capacity; CHARLENE A. GREEN, in her individual and official capacity; MICHAEL S. HARLEY, in his individual and official capacity, KAY DAVIS, in her individual and official capacity; PEGGIE CRAVISH, in her individual and official capacity; DARRYL WYATT in his individual and official capacity; KATHLEEN LISANTI, in her individual and official capacity; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiffs, by and through their attorney or record, and Defendants, by and through their attorney of record, hereby stipulate that the time for Plaintiffs to respond to Defendants'

1  Counterclaim shall be extended from October 5, 2007 to and including October 19, 2007.

2  This requested extension of time is made for good cause and not for purposes of delay.

3  DATED: 9/3/07                                    Niels Pearson, P.C.

                                                    By: _____
                                                        NIELS PEARSON
                                                        Nevada Bar No. 001061
                                                        6900 Westcliff Drive, Suite 800
                                                        Las Vegas, Nevada 89145

                                                        MARIANNE C. LANUTI
                                                        Nevada Bar No: 007784
                                                        194 Inveraray Crt.
                                                        Henderson, Nevada 89074

                                                        Attorneys for Plaintiffs


   DATED:                                           Kummer Kaempfer Bonner & Renshaw

                                                    By: _____
                                                        TAMI COWDEN, ESQ.
                                                        Kummer Kaempfer Bonner & Renshaw
                                                        3800 Howard Hughes Parkway, 7th Floor
                                                        Las Vegas, NV 89169

                                                        Attorneys for Defendants

2

1  Counter~~claim~~ motion TDC shall be extended from October 5, 2007 to and including October 19, 2007.

2  This requested extension of time is made for good cause and not for purposes of delay.

3  DATED:                                   Niels Pearson, P.C.

5                                      By: _____
6                                           NIELS PEARSON
                                            Nevada Bar No. 001061
                                            6900 Westcliff Drive, Suite 800
7                                           Las Vegas, Nevada 89145

8                                           MARIANNE C. LANUTI
                                            Nevada Bar No: 007784
9                                           194 Inveraray Crt.
                                            Henderson, Nevada 89074

10                                          Attorneys for Plaintiffs

13  DATED: Oct 3, 2007                      Kummer Kaempfer Bonner & Renshaw

15                                      By: _____
16                                           TAMI COWDEN, ESQ.
                                             Kummer Kaempfer Bonner & Renshaw
17                                           3800 Howard Hughes Parkway, 7th Floor
                                             Las Vegas, NV 89169

18                                          Attorneys for Defendants

19  IT IS SO ORDERED.

                                            _____
23                                          LARRY R. HICKS
24                                          UNITED STATES DISTRICT JUDGE

25                                          DATED: October 9, 2007.